**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2781 Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | No. 25 DB 2021 |
| v. | : | |
| | : | Attorney Registration No.  89950 |
| BRET ALISON BEYNON, | : | |
| Respondent | : | (Franklin County) |

## O R D E R

**PER CURIAM**

**AND NOW**, this 9th day of April, 2021, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is granted, and Bret Alison Beynon is suspended on consent from the Bar of this Commonwealth for a period of one year and one day.  Respondent shall comply with all the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).